UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20097-CIV-MARTINEZ-BECERRA

SHARES! UGANDA LIMITED,

    Plaintiff,

v.

GOLD FOODS USA LLC and
ZORS LLC,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Default Judgment ("Motion"), (ECF No. 13). (ECF No. 14.) Judge Becerra filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 16.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 16), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that the Motion, (ECF No. 13), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 26 day of March, 2024.

                                                           JOSE E. MARTINEZ
                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record