UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20097-CIV-MARTINEZ-SANCHEZ

SHARES! UGANDA LIMITED,

    Plaintiff,

v.

GOLD FOODS USA LLC, and
ZORS LLC,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Final Judgment in Garnishment (the "Motion"), (ECF No. 27). (ECF No. 28). Magistrate Judge Sanchez filed an R&R recommending that the Motion be granted, and that final judgment be entered in favor of the Plaintiff and against Garnishee Bank of America in the amount of $40,177.02 pursuant to Fla. Stat. § 77.083. (ECF No. 32 at 6). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R, (ECF No. 32), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion for Final Judgment in Garnishment, (ECF No. 27), is **GRANTED**. The Court will enter final judgment in a separate order.

**DONE AND ORDERED** in Miami, Florida, this \_15\_ day of November, 2024.

                                                                       JOSE E. MARTINEZ
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record